

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00156-CV

**MMM 410 BAR AND GRILL, LLC**,
Appellant

v.

Jose **FONG**, Ericka Fong, Loop 410 Development, LTD Co., and EFJFM, LLC,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01524
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellant.

SIGNED October 17, 2018.

_____
Marialyn Barnard, Justice